UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-9796-JGB (KS)                                    Date: December 30, 2020

Title   _Daniel Harper v. A. Martin_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |   |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 21, 2020, Plaintiff, California state prisoner proceeding _pro se_ and _in forma pauperis_, filed a civil rights complaint pursuant to 42 U.S.C. §1983 (the "Complaint"). (Dkt. No. 1.)  On November 17, 2020, the Court dismissed the Complaint for failure to state a claim upon which relief could be granted and ordered Plaintiff to file either a First Amended Complaint or a Notice of Voluntary Dismissal within 21 days, _i.e._, no later than December 8, 2020.  (Dkt. No. 5.)  More than three weeks have now passed since Plaintiff's First Amended Complaint was due, and Plaintiff has filed neither a First Amended Complaint nor a Notice of Voluntary Dismissal.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's prior orders.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before January 20, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's prior orders; or (2) a First Amended Complaint correcting the deficiencies identified in the Court's November 17, 2020 Order.  Alternatively, if Plaintiff does not wish to pursue this action,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-9796-JGB (KS)                                       Date: December 30, 2020

Title      *Daniel Harper v. A. Martin*

he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

The Clerk is directed to send Plaintiff a copy of the Court's November 17, 2020 Order (Dkt. No. 5) and the Central District's standard civil rights complaint form.

**IT IS SO ORDERED.**

:

**Initials of Preparer**   gr